DECEMBER 30, 2004

No. 03–1571. HACIENDA VALLEY MOBILE ESTATES *v.* CITY OF MORGAN HILL, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

JANUARY 3, 2005

No. 04–651. MILLER, PERSONAL REPRESENTATIVE OF THE ESTATE OF MILLER, ET AL. *v.* HONEYWELL INTERNATIONAL INC. ET AL. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.1.

JANUARY 5, 2005

No. 03–1681. CITY OF MORGAN HILL, CALIFORNIA, ET AL. *v.* HACIENDA VALLEY MOBILE ESTATES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

JANUARY 7, 2005

No. 03–388. BATES ET AL. *v.* DOW AGROSCIENCES LLC. C. A. 5th Cir. [Certiorari granted, 542 U. S. 936.] Motion of Texas et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 04–37. CLINGMAN, SECRETARY, OKLAHOMA STATE ELECTION BOARD, ET AL. *v.* BEAVER ET AL. C. A. 10th Cir. [Certiorari granted, 542 U. S. 965.] Motion of South Dakota et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.